**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO COVARRUBIAS-JIMENEZ,<br>  aka "Victor Manual Martinez-Jimenez,"<br>  aka "Manuel Martinez-Jimenez,"<br>  aka "Victor Gonzalez,"<br>  aka "Alfredo Jimenez,"<br><br>Defendant. | Case No. 2:25-mj-000692-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __23rd__ day of September, 2025.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE