```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org
```

Attorney for Alfredo Covarrubias-Jimenez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ALFREDO COVARRUBIAS-JIMENEZ,<br><br>   Defendant. | Case No. 2:25-mj-00692-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, First Assistant United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Alfredo Covarrubias-Jimenez, that the Preliminary Hearing currently scheduled on January 6, 2026, be vacated and continued to date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution which will obviate the need for the preliminary hearing. Additional time is needed to get a district court case assigned and for the change of plea hearing to be scheduled.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 3rd day of December 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Clay Plummer*<br>By_____<br>CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFREDO COVARRUBIAS-JIMENEZ,<br><br>　　　　Defendant. | Case No. 2:25-mj-00692-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, January 6, 2026, at 4:00 p.m. be vacated and continued to May 19, 2026 at the hour of 10:00 a.m.

　　DATED this 3rd of December 2025.

_____
UNITED STATES MAGISTRATE JUDGE